**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**AMIR RASHAD YOUNG** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:12-cv-867-CWR-LRA**

**CHRISTOPHER EPPS** **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's Objection to the Report and Recommendation of United States Magistrate Linda R. Anderson entered on September 30, 2014, dismissing Plaintiff's habeas petition after finding the State court's ruling was not contrary to, or an unreasonable application of, clearly established federal law. Having considered said Report and Recommendation, the Plaintiff's objections thereto, applicable statutory and case law, and being otherwise fully advised in the premises, the Court concludes that Plaintiff's objection is without merit and hereby adopts, as its own opinion, the Report and Recommendation of the magistrate judge.

Based on the foregoing, it is ordered that the Report and Recommendation of United States Magistrate Linda R. Anderson entered on September 30, 2014, and the same is hereby, adopted as the finding of this Court.

This matter shall be dismissed with prejudice and a Final Judgment will be entered on this day in accordance with this Order. Pursuant to *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), no certificate of appealability shall issue. *See Alexander v. Johnson*, 211 F.3d 895, 898 (5th Cir. 2000).

**SO ORDERED**, this the 13th day of March, 2015.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE